UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2025
```

BUILDING SERVICE 32BJ PENSION FUND,

                          Plaintiff,

            -against-

WALBER 419 COMPANY LLC, *et al.*,

                          Defendants.

-------------------------------------------------------------------------X

1:25-cv-6191-GHW

DEFAULT JUDGMENT

GREGORY H. WOODS, District Judge:

    This action having been commenced on July 28, 2025, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served upon Defendant Walber 419 Company LLC ("Defendant") on August 11, 2025, and Defendant having not answered the Complaint and the time for answering same having expired, and the Court having noticed a hearing in this matter by way of Order to Show Cause, and the Court having heard the application for default judgment and having granted same on November 7, 2025, it is

    ORDERED, ADJUDGED AND DECREED: That the Building Service 32BJ Pension Fund, having a principal place of business at 25 West 18th St., New York, New York, have judgment against Walber 419 Company LLC, having its last known address and principal place of business at c/o Walter & Samuels, 419 Park Avenue South, 13th Floor, City, County and State of New York, the amount of $62,244.00 in withdrawal liability, $12,448.80 in liquidated damages, $6,906.25 in attorney's fees, $479.00 in costs, plus pre-judgment interest of $4,201.47, for a grand total of **$86,279.52**.

Dated:   November 7, 2025

                                                                                 Hon. Gregory H. Woods, U.S.D.J.